E-FILED
Monday, 15 November, 2004  11:27:19 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No. 04 CR 10045 |
| | ) | |
| JARVIS WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR CONTINUANCE

NOW COMES the Defendant, JARVIS WILLIAMS, by his attorneys, HAMM & HANNA, LTD., and moves this Honorable Court to continue the plea presently scheduled for November 19, 2004, and in support thereof states as follows:

1. That the Defendant and government believe that the interests of justice would be best served if this case be continued.

2. That this investigation is not expected to conclude within the next 60 days

3. That this motion is not intended to delay the orderly administration of justice or impede the court's scheduling.

WHEREFORE, the Defendant now prays this Honorable Court continue the plea scheduled for November 19, 2004.

JACOB WILKERSON, Defendant

S/B RONALD L. HAMM

1

## **PROOF OF SERVICE**

  The undersigned being duly sworn upon oath deposes and states that she is a secretary of Hamm & Hanna, Ltd., and that she has served upon the individuals or attorneys of record of all parties to the above cause a copy of the foregoing instrument by U.S. Mail by depositing this material in the mail at 411 Hamilton Blvd., Peoria, Illinois at 5:00 P.M. this 15TH day of November 2004, to the addresses of:

 U.S. Attorneys Office,211 Fulton Street, Suite 400,Peoria, IL 61602

with postage prepaid.
          S/B RONALD L. HAMM

HAMM & HANNA, LTD.
411 Hamilton Blvd., Suite 1004
Peoria, IL 61602
Telephone: (309) 676-3608