E-FILED
Tuesday, 06 September, 2005  02:19:58 PM
Clerk, U.S. District Court, ILCD

**FILED**

AUG 3 1 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT.
CENTRAL DISTRICT OF ILLINOIS

RETURN RECEIPT FOR PRE-SENTENCE REPORT, SENTENCING RECOMMENDATION, AND STATEMENT OF REASON(S)

Case Name:     Jarvis Williams

Case Number:     04-10045

The appeal time having expired ~~and/or the appeal having been concluded~~, the original Sealed Pre-Sentence Report (document number ___14___), Sentencing Recommendation (document number ___15___) and Statement of Reason(s) Page (document number ___17___) were returned to the U.S. Probation Office on ___8|29|5___

Received by:

s/ D Heuerman

U.S. Probation Office
Date: ___8|31|05___