E-FILED
Monday, 04 August, 2008  08:55:01 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 04-10045 |
| JARVIS D. WILLIAMS, | ) | |
| Defendant. | ) | |

## O R D E R

Defendant filed a Motion for Retroactive Application of Sentencing Guidelines [Doc. 21] on May 12, 2008. The Court entered an Order [Doc. 24] on June 9, 2008, allowing the Public Defender's Office to withdraw upon a finding that Defendant was ineligible for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) and allowing Defendant to proceed *pro se*. A Response by Defendant was to be filed with the Court by July 8, 2008, either conceding that he is not eligible for a sentence reduction or to explain why the Amendment applies in spite of the fact that his sentence was based on the statutory mandatory minimum and not a sentencing range that has been reduced by the crack amendment.

Since no Response has been filed with the Court, Defendant's Motion [Doc. 21] is DENIED with prejudice.

ENTERED this   1st   day of August, 2008.

s/Joe B. McDade
JOE BILLY McDADE
United States District Judge