IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 04-10045 |
| | ) | |
| **JARVIS D. WILLIAMS,** | ) | |
| | ) | |
| Defendant. | ) | |

### RULE 35 MOTION

Now comes the United States of America by Rodger A. Heaton, United States Attorney, and Bradley W. Murphy, Assistant United States Attorney, for the Central District of Illinois, and pursuant to Federal Rule of Criminal Procedure 35 hereby moves to reduce defendant's sentence in the above-styled case.

Respectfully submitted,

UNITED STATES OF AMERICA

RODGER A. HEATON
UNITED STATES ATTORNEY


s/ Bradley W. Murphy
BRADLEY W. MURPHY
Assistant United States Attorney
One Technology Plaza, Suite 400
211 Fulton Street
Peoria, Illinois 61602
Telephone:  (309) 671-7050

**CERTIFICATE OF SERVICE**

  I hereby certify that on September 3, 2008, I electronically filed the foregoing Rule 35 Motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to: **Ronald L. Hamm, Attorney for the Defendant.**

                 s/: Kim Ritthaler
                 Legal Assistant