E-FILED
Thursday, 04 September, 2008 10:32:45 AM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| USA | ) | WRIT OF HABEAS CORPUS |
|     Plaintiff | ) | AD TESTIFICANDUM |
| | ) | |
| vs | ) | |
| | ) | CASE NO. 04-10045 |
| Jarvis Williams | ) | |
|     Defendant | ) | |

**TO: THE WARDEN of** FCI Loretto at Loretto PA.

**WE COMMAND** that you produce the body of **Jarvis D. Williams**, Register No. **13331-026**, who is in your custody at FCI Loretto before the United States District Court on **9/12/08 at 9:00 a.m. Central Standard Time** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants. This telephone conference call is a public proceeding as though the prisoner were present in open court. Anyone can listen. At the termination of said hearing you may return him to his current regular assignment.

**WITNESS** the Honorable Pamela E. Robinson, CLERK of the United States District Court for the Central District of Illinois.

DATED: 9/4/08

                                          PAMELA E. ROBINSON, CLERK
                                          UNITED STATES DISTRICT COURT

                                          BY: _ s/ S. Marvel_____
                                              Deputy Clerk